UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEVEN CITY BROOMFIELD,

          Plaintiff

v.

VIDDAURRI, et al.,

          Defendants.

Case No. 3:19-cv-00526-APG-WGC

**ORDER DENYING PENDING MOTIONS AND DISMISSING CASE**

[ECF Nos. 1, 3]

Plaintiff Steven Broomfield has voluntarily dismissed his case. ECF No. 7. I therefore deny as moot his two pending motions (ECF Nos. 1, 3). The Clerk of the Court is instructed to close this file.

Dated: August 25, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE